W. N. HALLOCK CO., Inc., Appellant, v. KIRST, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the W. N. Hallock Company, Incorporated, against George Kirst. R. C. Durland, of New York City, for appellant. H. Wintner, of New York City, for respondent. No opinion. Order reversed, with $10 costs and

disbursements, and motion denied, with $10 costs, and the attachment reinstated. Order filed.